**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01489-CV

### MORRIS COE, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03634-B**

## ORDER

The Court has reviewed the clerk's record in this case. The Court notes that the appeal bond filed in the justice court appears to have been filed on July 7, 2014, but the justice court file stamp on the document is not dark enough to make that determination. The Court **ORDERS** John Warren, County Clerk of Dallas County, Texas, to file within **FIVE (5) days of the date of this order** a supplemental clerk's record that includes a copy of the appeal bond from the justice court with a legible justice court date stamp.

/s/ ELIZABETH LANG-MIERS
   JUSTICE
